| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Balam Letona, 229642<br>Law Offices of Balam O. Letona<br>1347 Pacific Avenue, Suite 203<br>Santa Cruz, CA 95060<br>ATTORNEY FOR (Name): Plaintiff | (831) 421-0200 Ext<br><br>Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
CYNTHIA TODD

DEFENDANT:
AT&T CORP., EQUIFAX INFORMATION SERVICES, ET.AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>16-CV-03357 EDL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Summons, Order Setting Case Management Conference and Alternative Dispute Resolutions Deadlines, Judge Laporte Standing Order RE: Case Management Conference

2. Party Served: NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC.

3. Person Served: Raven Santiago - Corporation Services Company - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   08/03/2016   3:25PM

5. Address, City and State:   830 Bear Tavern Road
West Trenton, NJ 08628

6. Manner of Service:   Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 95.95

**Not a registered California process server.**
8/9/2016
Ted Cordasco
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature:   *Ted Cordasco*

Ted Cordasco
OL# 10448507