THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TODD,<br><br>   Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.,<br><br>   Defendants. | Case No.: 3:16-cv-03357-EDL<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"), hereby certifies that it is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company.  No other entity owns more than 10% of Equifax's stock.

Dated: August 22, 2016         NOKES & QUINN

                              /s/ Thomas P. Quinn, Jr.
                              THOMAS P. QUINN, JR.
                              Attorneys for Defendant EQUIFAX
                              INFORMATION SERVICES LLC

**CERTIFICATE OF SERVICE**
**Todd v. AT&T Corp., et al.**
**Case No.: 3:16-cv-03357-EDL**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **August 22, 2016**, I served a true copy of:

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]**

[ ]  By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]  By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on **August 22, 2016,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# SERVICE LIST

Balam Osberto Letona
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue Ste C1
Santa Cruz, CA 95062
831-421-0200
Fax: 831-421-0400
Email: letonalaw@gmail.com
*Attorneys for Plaintiff Cynthia Todd*

Robert B. Mullen
AT&T Services, Inc. Legal Department
430 Bush Street, 3rd Floor
San Francisco, CA 94108
415-268-9498
Fax: 415-543-0418
Email: robert.mullen@att.com
*Attorneys for Defendant AT&T Corp.*

Andrew Hale Dubin
Jones Day
555 S. Flower Street
Fiftieth Floor
Los Angeles, CA 90071
213-489-3939
Fax: 213-243-2539
Email: adubin@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*