1  Balam O. Letona, Esq. (Cal. Bar No. 229642)
   Law Office of Balam O. Letona, Inc.
2  1509 Seabright Avenue, Ste. C1
   Santa Cruz, CA 95062
3  Telephone: (831) 421-0200
4  Facsimile:  (831) 421-0400
   balam@letonalaw.com
5
6  Attorney for Plaintiff:
   Cynthia Todd
7                    IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

| 9  CYNTHIA TODD, | **Case No. 16-cv-03357 HSG** |
|---|---|
| 10          Plaintiff, | **STIPULATION AND ORDER** |
| 11          vs. | **SELECTING MEDIATION** |
| 12  AT&T CORP., EQUIFAX INFORMATION | JURY TRIAL DEMANDED |
| 13  SERVICES LLC., NATIONAL CONSUMER | |
| 14  TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS INC., | |
| 15  and DOES 1-10. | |
| 16          Defendants. | |

17

18         Counsel report that they have met and conferred regarding ADR and have reached
the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

19
20         The parties agree to participate in MEDIATION pursuant to ADR L.R. 6 and
hereby respectfully request that this matter be referred to the Court's ADR Program.

21         The parties agree to hold the ADR session by the presumptive 90 day deadline
22  from the date of this order.

23  **SO STIPULATED**
    //
24  //
    //
25  //
    //
26  //

27                                        1

28              **STIPULATION AND [PROPOSED] ORDER**

1

Dated:                                    HANSON BRIDGETT LLP

2

3                                          By:_____/s/ *Geoffrey R. Pittman*_____
                                               GEOFFREY R. PITTMAN
4                                              Attorney for Defendand NCTUE

5
Dated:                                    AT&T SERVICES, INC. - LEGAL
6                                          DEPARTMENT

7

8                                          By:    */s/ Robert B. Mullen*_____
                                               Robert B. Mullen
9                                              Attorneys for Defendant
                                               AT&T CORP.
10

11  Dated:                                    JONES DAY

12

13                                         By:_____/s/ *Andrew H. Dubin*_____
                                               Andrew H. Dubin
14                                             Attorney for Defendant Experian Information
                                               Solutions, Inc.
15

16

17  Dated:                            Equifax Information Solutions, Inc.

18

19                                         By:_____
                                               Thomas Quinn
20                                             Attorney for Defendant Equifax Information
                                               Solutions, Inc.
21

22  Dated:                            LAW OFFICE OF BALAM O. LETONA, INC.

23

24                                         By:   */s/ Balam O. Letona*_____

25

26

27                                          2

28                        **STIPULATION AND [PROPOSED] ORDER**

1

2

Balam O. Letona
Attorney for Plaintiff
CYNTHIA TODD

3

4

**ORDER**

5

6

The Court adopts the stipulation of the parties. Accordingly, pursuant to ADR Local Rule 6, this case is REFERRED to mediation to be completed by no later than 90 days from the date of this order.

7

8

**IT IS SO ORDERED.**

9

Dated:  September 1, 2016

10

11

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

28

STIPULATION AND [PROPOSED] ORDER