HANSON BRIDGETT LLP
LORI C. FERGUSON, SBN 230586
lferguson@hansonbridgett.com
GEOFFREY R. PITTMAN, SBN 253876
gpittman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant National Consumer Telecom and Utilities Exchange, Inc.

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TODD,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T CORP., EQUIFAX INFORMATION SERVICES, LLC, NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1-10.<br><br>  Defendants. | CASE NO. 16-cv-03357-HSG<br><br>**DEFENDANT NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC.'S ANSWER, WITH DEFENSES, TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC. ("NCTUE"), through its attorneys of record, Hanson Bridgett LLP, hereby files the following Answer, with Separate Defenses, to Plaintiff's First Amended Complaint (the "Complaint") filed by Plaintiff Cynthia Todd, as follows:

## PRELIMINARY STATEMENT

In answering the Complaint, NCTUE states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. NCTUE denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

12692086.1

Case No. 16-cv-03357-HSG
DEFENDANT NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC.'S ANSWER, WITH DEFENSES, TO PLAINTIFF'S FIRST AMENDED COMPLAINT

# ANSWER

In response to the specifically enumerated paragraphs of the Complaint, NCTUE states as follows:

1. NCTUE lacks information sufficient to form a belief as to the truth of the allegations of Paragraph 1 of the Complaint and therefore denies the same.

2. NCTUE lacks information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of the Complaint and therefore denies the same.

3. NCTUE lacks information sufficient to form a belief as to the truth of the allegations of Paragraph 3 of the Complaint and therefore denies the same.

4. NCTUE lacks information sufficient to form a belief as to the truth of the allegations of Paragraph 4 of the Complaint and therefore denies the same.

5. NCTUE lacks information sufficient to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint and therefore denies the same.

6. NCTUE denies the allegations set forth in the first sentence of paragraph 6 of the Complaint.  NCTUE denies the allegations set forth in the second sentence of paragraph 6 of the Complaint but avers that NCTUE is an FCRA-compliant consumer credit data exchange to which its members contribute data concerning their customers, including identifying information and other relevant account information, including payment history.

7. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 7 of the Complaint and therefore denies the same.

8. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 8 of the Complaint and therefore denies the same.

9. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 9 of the Complaint and therefore denies the same.

10. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 10 of the Complaint and therefore denies the same.

11. NCTUE denies the allegations set forth in paragraph 11 of the Complaint but avers that NCTUE is an FCRA-compliant consumer credit data exchange to which its members

1  contribute data concerning their customers, including identifying information and other relevant
2  account information, including payment history.
3     12. NCTUE denies as written the allegations set forth in paragraph 12. NCTUE admits
4  that AT&T contributes data concerning its customers to NCTUE.
5     13. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
6  13 of the Complaint and therefore denies the same.
7     14. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
8  14 of the Complaint and therefore denies the same.
9     15. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
10 15 of the Complaint and therefore denies the same.
11     16. NCTUE denies the allegations set forth in paragraph 16 of the Complaint.
12     17. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
13 17 of the Complaint and therefore denies the same.
14     18. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
15 18 of the Complaint and therefore denies the same.
16     19. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
17 19 of the Complaint and therefore denies the same.
18     20. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
19 20 of the Complaint and therefore denies the same.
20     21. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
21 21 of the Complaint and therefore denies the same.
22     22. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
23 22 of the Complaint and therefore denies the same.
24     23. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
25 23 of the Complaint and therefore denies the same.
26     24. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph
27 24 of the Complaint and therefore denies the same.
28     25. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph

25 of the Complaint and therefore denies the same.

26. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 26 of the Complaint and therefore denies the same.

27. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 27 of the Complaint and therefore denies the same.

28. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 28 of the Complaint and therefore denies the same.

29. NCTUE denies the allegations set forth in paragraph 29 of the Complaint.

30. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 30 of the Complaint and therefore denies the same.

31. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 31 of the Complaint and therefore denies the same.

32. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 32 of the Complaint and therefore denies the same.

33. NCTUE denies the allegations set forth in paragraph 33 of the Complaint.

34. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 34 of the Complaint and therefore denies the same.

35. NCTUE denies the allegations set forth in paragraph 35 of the Complaint.

36. NCTUE denies the allegations set forth in paragraph 36 of the Complaint.

37. NCTUE denies the allegations set forth in paragraph 37 of the Complaint.

38. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 38 of the Complaint and therefore denies the same.

39. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 39 of the Complaint and therefore denies the same.

40. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 40 of the Complaint and therefore denies the same.

41. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 41 of the Complaint and therefore denies the same.

42. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 42 of the Complaint and therefore denies the same.

43. NCTUE denies the allegations set forth in paragraph 43 of the Complaint but avers that NCTUE is an FCRA-compliant consumer credit data exchange to which its members contribute data concerning their customers, including identifying information and other relevant account information, including payment history.

44. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 44 of the Complaint and therefore denies the same.

45. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 45 of the Complaint and therefore denies the same.

46. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 46 of the Complaint and therefore denies the same.

47. NCTUE repeats its responses and defenses to Paragraph 1-46 of the Complaint.

48. Paragraph 48 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 48 of the Complaint and therefore denies the same.

49. Paragraph 49 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 49 of the Complaint and therefore denies the same.

50. Paragraph 50 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 50 of the Complaint and therefore denies the same.

51. Paragraph 51 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to Plaintiff's allegations of damages suffered and the basis for the requested relief being sought and therefore denies the same.

52. NCTUE repeats its responses and defenses to Paragraph 1-51 of the Complaint.

53. Paragraph 53 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of

Paragraph 53 of the Complaint and therefore denies the same.

54. Paragraph 54 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 54 of the Complaint and therefore denies the same.

55. Paragraph 55 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to Plaintiff's allegations of damages suffered and the basis for the requested relief being sought and therefore denies the same.

56. NCTUE repeats its responses and defenses to Paragraph 1-55 of the Complaint.

57. Paragraph 57 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 57 of the Complaint and therefore denies the same.

58. Paragraph 58 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 58 of the Complaint and therefore denies the same.

59. Paragraph 59 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to Plaintiff's allegations of damages suffered and the basis for the requested relief being sought and therefore denies the same.

60. NCTUE repeats its responses and defenses to Paragraph 1-59 of the Complaint.

61. Paragraph 61 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 61 of the Complaint and therefore denies the same.

62. Paragraph 62 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 62 of the Complaint and therefore denies the same.

63. Paragraph 63 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to Plaintiff's allegations of damages suffered and the basis for the requested relief being sought and therefore denies the same.

64. NCTUE repeats its responses and defenses to Paragraph 1-63 of the Complaint.

65. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 65 of the Complaint and therefore denies the same.

66. NCTUE denies the allegations set forth in paragraph 66 of the Complaint.

67. NCTUE denies the allegations set forth in paragraph 67 of the Complaint.

68. NCTUE repeats its responses and defenses to Paragraph 1-67 of the Complaint.

69. NCTUE lacks sufficient information as to the truth of the allegations of Paragraph 69 of the Complaint and therefore denies the same.

70. NCTUE denies the allegations set forth in paragraph 70 of the Complaint.

71. NCTUE denies the allegations set forth in paragraph 71 of the Complaint.

72. NCTUE repeats its responses and defenses to Paragraph 1-71 of the Complaint.

73. Paragraph 73 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 73 of the Complaint and therefore denies the same.

74. Paragraph 74 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to the truth of the allegations of Paragraph 74 of the Complaint and therefore denies the same.

75. Paragraph 75 of the Complaint is not directed to NCTUE, but out of an abundance of caution, NCTUE states that it lacks sufficient information as to Plaintiff's allegations of damages suffered and the basis for the requested relief being sought and therefore denies the same.

## SEPARATE DEFENSES

As separate and distinct defenses to the Complaint, to each and every purported claim thereof, and without admitting or acknowledging that it bears the burden of proof as to any of them, Defendant NCTUE alleges:

### First Separate Defense

The Complaint fails to state a claim upon which relief can be rendered.

### Second Separate Defense

NCTUE has not breached any alleged duty claimed to be owed to Plaintiff, whether based on statute or any other source.

### Third Separate Defense

NCTUE appropriately relied on its vendor to carry out any investigation of Plaintiff's concerns and to respond as required to any such issues that were identified.

### Fourth Separate Defense

No alleged action or failure to act on the part of NCTUE is the proximate cause of any damages alleged to have been suffered by Plaintiff.

### Fifth Separate Defense

NCTUE, both directly and through its vendor, has complied with the FCRA in dealing with Plaintiff's issues and it is entitled to each and every defense available under the Act, including but not limited to each and every limitation of liability.

### Sixth Separate Defense

Plaintiff is not entitled to statutory or punitive damages, and has suffered no actual damages to which Plaintiff is entitled to recover.

### Seventh Separate Defense

NCTUE reserves the right to amend or add to these separate defenses in light of further discovery and factual investigation, as well as the contents of subsequent pleadings of the other parties in this case.

### RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

NCTUE denies that Plaintiff is entitled to any of the relief sought in Plaintiff's Prayer for Relief, or any of its subparagraphs.

### RESPONSE TO PARTIES' JURY DEMANDS

NCTUE admits that Plaintiff (and, to date, one of the Defendants) has demanded trial by jury and likewise demands trial by jury on all matters where a right to a jury is present.

**WHEREFORE,** having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Defendant NCTUE prays that:

(1) this matter be dismissed;

(2) that Plaintiff take nothing by way of her claims;

(3) that NCTUE recover all of its costs and reasonable and necessary attorney's fees as

1  allowed by law; and

2      (4)    that Defendant NCTUE be awarded such other and further relief, both at law and

3  in equity, to which it may be justly entitled.

4  DATED:  September 7, 2016        HANSON BRIDGETT LLP

6          By:    /s/ *Geoffrey R. Pittman*
        LORI C. FERGUSON
7          GEOFFREY R. PITTMAN

8          BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, P.C.
9          CRAIG L. CAESAR (La. SBN 19235) (*pro hac vice* application forthcoming)
10         ccaesar@bakerdonelson.com
        201 St. Charles Avenue, Suite 3600
11         New Orleans, LA 70170
        Telephone:  (504) 566-5200
12         Facsimile:  (504) 636-4000

13         Attorneys for Defendant, NATIONAL CONSUMER TELECOM and UTILITIES
14         EXCHANGE, INC.

12692086.1

-9-    Case No. 16-cv-03357-HSG
DEFENDANT NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC.'S ANSWER, WITH DEFENSES, TO PLAINTIFF'S FIRST AMENDED COMPLAINT