1  HANSON BRIDGETT LLP
   LORI C. FERGUSON, SBN 230586
2  lferguson@hansonbridgett.com
   GEOFFREY R. PITTMAN, SBN 253876
3  gpittman@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
5  Telephone:    (415) 777-3200
   Facsimile:    (415) 541-9366
6
   Attorneys for Defendant National Consumer
7  Telecom and Utilities Exchange, Inc.

8  Additional counsel listed on signature page

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | CYNTHIA TODD,                              | CASE NO. 16-cv-03357-HSG
13 |         Plaintiff,                         | **DEFENDANT NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 |     v.                                     |
15 | AT&T CORP., EQUIFAX INFORMATION SERVICES, LLC, NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1-10. |
16 |                                            |
17 |                                            |
18 |         Defendants.                        |

19
20
21
22
23
24
25
26
27
28

1  Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Civil L.R. 3-15, Defendant
2  National Consumer Telecom and Utilities Exchange, Inc. ("NCTUE") hereby certifies NCTUE is
3  a non-profit member association incorporated under New Jersey law.  Its members do not hold
4  ownership interests and do not have a financial interest in this case, except for AT&T Corp., but
5  only as a named party in the litigation.  Therefore, pursuant to Civil L.R. 3-15, the undersigned
6  certifies that as of this date, other than the named parties, there is no such interest to report.

8  DATED:  September 7, 2016                    HANSON BRIDGETT LLP

10                                             By:      /s/ Geoffrey R. Pittman
                                                  LORI C. FERGUSON
11                                                GEOFFREY R. PITTMAN

12                                                BAKER, DONELSON, BEARMAN,
                                                  CALDWELL, & BERKOWITZ, P.C.
13                                                CRAIG L. CAESAR (La. SBN 19235)
                                                  (*pro hac vice* application forthcoming)
14                                                ccaesar@bakerdonelson.com
                                                  201 St. Charles Avenue, Suite 3600
15                                                New Orleans, LA 70170
                                                  Telephone:  (504) 566-5200
16                                                Facsimile:  (504) 636-4000

17                                                Attorneys for Defendant, NATIONAL
                                                  CONSUMER TELECOM and UTILITIES
18                                                EXCHANGE, INC.