UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TODD,<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T CORP., et al.,<br><br>          Defendants. | Case No. 3:16-cv-03357-HSG<br><br>**[PROPOSED] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 13, 2016<br>Time:  2:00 pm<br>Courtroom:  10 |

Having considered Defendant Experian Information Solutions, Inc's ("Experian") request for telephonic appearance and good cause appearing therefore, it is hereby ORDERED that Experian is excused from personally appearing at the upcoming Case Management Conference set for September 13, at 2:00 pm and may appear telephonically.  **Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.**

Dated: September 9, 2016_____  _____
                                                              HON. Haywood S. Gilliam, Jr.
                                                              UNITED STATES DISTRICT JUDGE