HANSON BRIDGETT LLP
LORI C. FERGUSON, SBN 230586
lferguson@hansonbridgett.com
GEOFFREY R. PITTMAN, SBN 253876
gpittman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:      (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Defendant National Consumer
Telecom and Utilities Exchange, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TODD,<br><br>                Plaintiff,<br><br>        v.<br><br>AT&T CORP., EQUIFAX INFORMATION SERVICES, LLC, NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1-10.<br><br>                Defendants. | CASE NO. 16-cv-03357-HSG<br><br>**ORDER GRANTING DEFENDANT NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:        September 13, 2016<br>Time:        2:00 p.m.<br>Courtroom:  10 |

Having considered Defendant National Consumer Telecom and Utilities Exchange, Inc.'s ("NCTUE") request for telephonic appearance by its lead trial counsel and good cause appearing therefore, it is hereby ORDERED that NCTUE's lead trial counsel may appear telephonically at the upcoming Case Management Conference set for September 13, 2016 at 2:00 p.m. and is excused from personally appearing.  **Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.**

DATED:   September 9, 2016

_____
HON. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

CASE NO. 16-cv-03357-EDL

**[PROPOSED] ORDER**