THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| CYNTHIA TODD, | Case No.: 3:16-cv-03357-~~EDL~~ HSG |
|---|---|
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| AT&T CORP., et al., | |
| Defendants. | |
| | **Date: September 13, 2016** |
| | **Time: 2:00 p.m.** |
| | **Courtroom 10, 19th Floor** |

Upon consideration of Defendant, EQUIFAX INFORMATION SERVICES LLC'S ("Equifax's") Motion for Leave to Appear Telephonically at the Case Management Conference ("Motion"), and for good cause shown, it is hereby,

ORDERED that Equifax's Motion is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  9/9/2016

*/s/ Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
U.S. District Judge

[~~PROPOSED~~] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055