Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Ste. C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Attorney for Plaintiff:
Cynthia Todd

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TODD, | **Case No. 16-cv-03357-HSG** |
| Plaintiff, | **STIPULATION AND SCHEDULING ORDER** |
| vs. | |
| AT&T CORP., EQUIFAX INFORMATION SERVICES LLC., NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS INC., and DOES 1-10. | |
| Defendants. | |

On September 13, 2016, this case came on for a case management conference. At that time the Court ordered a discovery cut-off of mid-March, 2017, a June 2017 dispositive motion deadline and a mid-October 2017 trial date. The Court then directed the parties to set a schedule around those dates. As such the parties have stipulated to the following.

| | |
|---|---|
| February 15, 2017 | Last Day to Designate Experts with Reports |
| March 17, 2017 | Non-Expert Discovery Closes |
| March 31, 2017 | Last Day to Designate Rebuttal Experts with Reports |
| April 14, 2017 | Expert Discovery Closes |

1

**SCHEDULING ORDER**

| | | |
|---|---|---|
| 1 | June 8, 2017 | Last Day to Hear Dispositive Motions |
| 2 | September 26, 2017 | Final Pretrial Conference |
| 3 | October 16, 2017 | Jury Trial Begins |

**SO STIPULATED:**

Dated: September 15, 2016                    HANSON BRIDGETT LLP


By: */s/ Geoffrey R. Pittman*
    GEOFFREY R. PITTMAN
    Attorney for Defendand NCTUE


Dated: September 15, 2016                    AT&T SERVICES, INC. - LEGAL
                                             DEPARTMENT


By:   */s/ Robert B. Mullen*
      Robert B. Mullen
      Attorneys for Defendant
      AT&T CORP.

Dated: September 15, 2016                    JONES DAY


By: */s/ Andrew H. Dubin*
    Andrew H. Dubin
    Attorney for Defendant Experian Information
    Solutions, Inc.


Dated: September 15, 2016                    NOKES & QUINN APC


By: */s/ Thomas Quinn*
    Thomas Quinn
    Attorney for Defendant Equifax Information
    Solutions, Inc.

2

**SCHEDULING ORDER**

| | |
|---|---|
| Dated: September 15, 2016 | LAW OFFICE OF BALAM O. LETONA, INC. |

By:   */s/ Balam O. Letona*
      Balam O. Letona
      Attorney for Plaintiff
      CYNTHIA TODD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  September 16, 2016        _____
                                          United States District