Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA TODD, )
) Case No: 3:16-cv-03357-HSG
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
AT&T CORP., et al., ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Robert David Humphreys, an active member in good standing of the bar of Oklahoma Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cynthia Todd, plaintiff, in the above-entitled action. My local co-counsel in this case is Balam O. Letona, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Humphreys Wallace Humphreys PC<br>9202 S Toledo Av<br>Tulsa, OK  74137 | Law Office of Balam O. Letona Inc<br>1509 Seabright Avenue, Ste. C1<br>Santa Cruz, CA  95062 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (918) 747-5300 | (831) 421-0200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| david@hwh-law.com | balam@letonalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12346.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/27/16

Robert David Humphreys
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert David Humphreys is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/20/2016

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                            *October 2012*

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA   )
                    )
COUNTY OF OKLAHOMA  )

Gina Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That R. DAVID HUMPHREYS, OBA #12346, was admitted to the practice of law by the Supreme Court of Oklahoma on October 21, 1987, and is an active member in good standing of the Oklahoma Bar Association.

_____
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 31st day of May, 2016 by Gina Hendryx.

_____
NOTARY PUBLIC

My Commission Expires:
January 8, 2019
Commission Number:
07000304

[Notary Seal: LAURA M. L. BROWN, NOTARY, #07000304, EXP. 01/08/19, STATE OF OKLAHOMA, PUBLIC]

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org