1  Balam O. Letona, Esq. (Cal. Bar No. 229642)
   Law Office of Balam O. Letona, Inc.
2  1509 Seabright Avenue, Suite C1
3  Santa Cruz, CA 95062
   Telephone: (831) 421-0200
4  Facsimile:  (831) 421-0400
5  balam@letonalaw.com

6  Luke Wallace
   Robert David Humphreys
7  HUMPHREYS WALLACE HUMPHREYS, P.C.
8  9202 S. Toledo Avenue
   Tulsa, OK 74137
9  luke@hwh-law.com
   david@hwh-law.com
10 *Pro Hac Vice*

11
   Attorney for Plaintiff:
12 Cynthia Todd

13                    **IN THE UNITED STATES DISTRICT COURT**
                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15 | CYNTHIA TODD,                                      | **Case No. 16-cv-03357-HSG**            |
16 |         Plaintiff,                                 | **STIPULATION AND ORDER**               |
17 |         vs.                                        | **EXTENDING ADR DEADLINE**              |
18 |                                                    |                                         |
19 | AT&T CORP., EQUIFAX INFORMATION                    |                                         |
   | SERVICES LLC., NATIONAL CONSUMER                   |                                         |
20 | TELECOM and UTILITIES EXCHANGE, INC.,              |                                         |
   | EXPERIAN INFORMATION SOLUTIONS INC.,               |                                         |
21 | and DOES 1-10.                                     |                                         |
22 |         Defendants.                                |                                         |

23
24         The deadline to conduct mediation expires on November 30, 2016. The parties were
25 unable to schedule mediation prior to that date, however, they have scheduled mediation to

26                                              1
27                          **ORDER EXTENDING ADR DEADLINE**
28

occur on December 7, 2016 with Mark Penskar, Esq., in San Francisco. As such, the parties respectfully request that the Court extend the deadline to conduct mediation up to and including December 7, 2016.

**SO STIPULATED:**

Dated: November 28, 2016                AT&T SERVICES, INC. - LEGAL DEPARTMENT


By:   */s/ Robert B. Mullen*
       Robert B. Mullen
       Attorneys for Defendant
       AT&T CORP.

Dated: November 28, 2016                JONES DAY


By: */s/ Andrew H. Dubin*
     Andrew H. Dubin
     Attorney for Defendant Experian Information Solutions, Inc.

Dated: November 28, 2016                KING & SPAULDING LLP


By: */s/ J. Anthony Love*
     J. Anthony Love
     Attorney for Defendant Equifax Information Solutions, Inc., and NCTUE

Dated: November 28, 2016                LAW OFFICE OF BALAM O. LETONA, INC.


By:   */s/ Balam O. Letona*
       Balam O. Letona
       Attorney for Plaintiff
       CYNTHIA TODD

2

**ORDER EXTENDING ADR DEADLINE**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 29, 2016

_____
United States District