Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Suite C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Luke Wallace
Robert David Humphreys
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
luke@hwh-law.com
david@hwh-law.com
*Pro Hac Vice*

Attorney for Plaintiff:
Cynthia Todd

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TODD, | **Case No. 16-cv-03357-HSG** |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR EXPERT DESIGNATIONS** |
| vs. | |
| AT&T CORP., EQUIFAX INFORMATION SERVICES LLC., NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS INC., and DOES 1-10. | |
| Defendants. | |

The deadline to designate experts with reports expires on February 15, 2017. Though Plaintiff propounded discovery and the Defendants have responded to that discovery the

1

**ORDER EXTENDING TIME FOR EXPERT DESIGNATIONS**

1  parties are meeting and conferring with respect to the adequacy of those responses and the
2  lack of production of certain documents. Additionally, Plaintiff still seeks the deposition of
3  Defendants PMK witnesses and others. As such, Plaintiff is unable to meaningfully evaluate
4  whether to retain an expert without the required discovery and any retained expert will need
5  the outstanding discovery. As such, the parties agree and stipulate to change the last day to
6  designate experts with reports from February 15, 2017 to March 17, 2017. All other dates to
7  remain the same.

8  **SO STIPULATED:**

9  Dated: January 30, 2017          AT&T SERVICES, INC. - LEGAL
10                                    DEPARTMENT

11
                                   By:  */s/ Robert B. Mullen*
12                                      Robert B. Mullen
                                        Attorneys for Defendant
13                                      AT&T CORP.

14
   Dated: January 29, 2017          JONES DAY
15

16
                                   By: */s/ Andrew H. Dubin*
17                                      Andrew H. Dubin
18                                      Attorney for Defendant Experian Information
                                        Solutions, Inc.
19

20
   Dated: January 29, 2017          KING & SPAULDING LLP
21

22
                                   By: */s/ J. Anthony Love*
23                                      J. Anthony Love
                                        Attorney for Defendant Equifax Information
24                                      Solutions, Inc., and NCTUE

25

26                                          2
27          **ORDER EXTENDING TIME FOR EXPERT DESIGNATIONS**
28

Dated: January 29, 2017			LAW OFFICE OF BALAM O. LETONA, INC.

				By:	*/s/ Balam O. Letona*
					Balam O. Letona
					Attorney for Plaintiff
					CYNTHIA TODD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 31, 2017       _____
					United States District

3

**ORDER EXTENDING TIME FOR EXPERT DESIGNATIONS**