Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Suite C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Luke Wallace
Robert David Humphreys
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
luke@hwh-law.com
david@hwh-law.com
*Pro Hac Vice*

Attorney for Plaintiff:
Cynthia Todd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA TODD,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>AT&T CORP., EQUIFAX INFORMATION SERVICES LLC., NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS INC., and DOES 1-10.<br><br>　　　　Defendants. | **Case No. 16-cv-03357-HSG**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR NON-EXPERT DISCOVERY** |

//

1

**STIPULATION AND ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE**

1  The parties hereby request and stipulate to move the non-expert discovery deadline to
2  match the expert discovery deadline. The deadline for expert discovery closes on April 14,
3  2017. The deadline for non-expert discovery closes on March 17, 2017.
4  The parties have engaged in written discovery including follow-up discovery. Also,
5  the parties have tentatively scheduled depositions to occur the first week of March. Finally,
6  the parties are in the process of scheduling mediation to occur in the last half of April 2017.
7  As such, the parties believe additional time is needed to have a meaningful mediation
8  session, conduct meaningful discovery and that moving the discovery deadline to April 14th
9  will facilitate this goal. As such, the parties agree and stipulate to move the deadline for non-
10 expert discovery to April 14, 2017. Previously, the parties agreed to move the deadline to
11 disclose experts to March 17, 2017. Docket #68. All other dates to remain the same.

**SO STIPULATED:**

Dated: February 10, 2017        AT&T SERVICES, INC. - LEGAL
                                DEPARTMENT

                                By:  */s/ Robert B. Mullen*
                                     Robert B. Mullen
                                     Attorneys for Defendant
                                     AT&T CORP.

Dated: February 10, 2017        JONES DAY

                                By: */s/ Andrew H. Dubin*
                                    Andrew H. Dubin
                                    Attorney for Defendant Experian Information
                                    Solutions, Inc.

2

**STIPULATION AND ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE**

Dated: February 10, 2017					KING & SPAULDING LLP

							By: */s/ J. Anthony Love*
							    J. Anthony Love
							    Attorney for Defendant Equifax Information
							    Solutions, Inc., and NCTUE

Dated: February 10, 2017					LAW OFFICE OF BALAM O. LETONA, INC.

							By:   */s/ Balam O. Letona*
							      Balam O. Letona
							      Attorney for Plaintiff
							      CYNTHIA TODD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 16, 2017			_____
							  Hon. Haywood S. Gilliam, Jr.
							  United States District Judge