1  Balam O. Letona, Esq. (Cal. Bar No. 229642)
2  Law Office of Balam O. Letona, Inc.
   1509 Seabright Avenue, Suite C1
3  Santa Cruz, CA 95062
   Telephone: (831) 421-0200
4  Facsimile:  (831) 421-0400
5  balam@letonalaw.com

6  Lucius Wallace
   Robert David Humphreys
7  HUMPHREYS WALLACE HUMPHREYS, P.C.
8  9202 S. Toledo Avenue
   Tulsa, OK 74137
9  luke@hwh-law.com
   david@hwh-law.com
10 *Pro Hac Vice*

11
   Attorneys for Plaintiff:
12 Cynthia Todd

13
14 **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 | | |
16 | CYNTHIA TODD, | **Case No. 16-cv-03357-HSG** |
17 | Plaintiff, | **STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC. and ORDER** |
18 | vs. | |
19 | AT&T CORP., EQUIFAX INFORMATION SERVICES LLC., NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS INC., and DOES 1-10. | |
23 | Defendants. | |

25
26    WHEREAS, Experian Information Solutions Inc., and Plaintiff Cynthia Todd have
27
28

agreed to resolve claims alleged against Experian Information Solutions Inc.,

WHEREAS the parties have agreed that Experian Information Solutions Inc., be dismissed with prejudice,

THEREFORE, the Plaintiff and Experian Information Solutions Inc., through their attorneys of record, STIPULATE AND AGREE, that Experian Information Solutions Inc., be dismissed with prejudice.

SO STIPULATED:

Dated: March 19, 2017               */s/ Balam O. Letona, Esq.*
                                    Balam O. Letona, Esq.
                                    Attorney for Plaintiff

Dated: March 19, 2017               */s/ Ikedi O. Onyemaobim, Esq.*
                                    Ikedi O. Onyemaobim, Esq.
                                    Attorney for Defendant
                                    Experian Information Solutions, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 23, 2017              _____

                                    **Hon. Haywood S. Gilliam, Jr.**
                                    **United States District Judge**