Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Suite C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Luke Wallace
Robert David Humphreys
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
luke@hwh-law.com
david@hwh-law.com
*Pro Hac Vice*

Attorney for Plaintiff:
Cynthia Todd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA TODD,<br><br>          Plaintiff,<br><br>     vs.<br><br>AT&T CORP., EQUIFAX INFORMATION SERVICES LLC., NATIONAL CONSUMER TELECOM and UTILITIES EXCHANGE, INC., EXPERIAN INFORMATION SOLUTIONS INC., and DOES 1-10.<br><br>          Defendants. | **Case No. 16-cv-03357-HSG**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DISCOVERY AND EXTENDING DEADLINE TO DESIGNATE REBUTTAL EXPERTS** |

The parties hereby request and stipulate to move the non-expert and expert discovery deadline to April 28, 2017 and the deadline to designate rebuttal experts with reports to April

1

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE AND REBUTTAL EXPERTS**

14, 2017. Currently, the discovery deadline closes on April 14, 2017 and the deadline to designate rebuttal experts is March 31, 2017. All other dates to remain the same.

The parties have engaged in extensive written discovery including follow-up discovery. Plaintiff's deposition was conducted on March 6, 2017. The remaining defendant depositions have been noticed and will be conducted in April 2017. On March 17, 2017, Plaintiff disclosed her expert with report. The parties have scheduled mediation to occur on April 20, 2017, with the Honorable Judge Ware, Ret. The parties have not yet scheduled the deposition of Plaintiff's expert. Furthermore, Plaintiff expects to depose Defendant's rebuttal expert.

The parties believe additional time is needed to conduct meaningful discovery, have a productive mediation session, depose Plaintiff's and Defendants' rebuttal experts and that moving the discovery deadline to April 28th and the deadline to designate rebuttal experts to April 14th will facilitate this goal.

Previously, the parties agreed to move the deadline to disclose experts to March 17, 2017 and to move the close of non-expert discovery to April 14, 2017. See Docket #68, #70. All other dates to remain the same.

As such, the parties agree and stipulate to the following:

April 14, 2017    Last Day to Designate Rebuttal Experts with Reports

April 28, 2017    Fact and Expert Discovery Closes

**SO STIPULATED:**

Dated: March 22, 2017              AT&T SERVICES, INC. - LEGAL DEPARTMENT

By:  */s/ Robert B. Mullen*
     Robert B. Mullen

2

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE AND REBUTTAL EXPERTS**

                                              Attorneys for Defendant
                                              AT&T CORP.

Dated: March 22, 2017                   KING & SPALDING LLP

                                        By: */s/ J. Anthony Love*
                                                J. Anthony Love
                                                Attorney for Defendant Equifax Information
                                                Solutions, Inc., and NCTUE

Dated: March 22, 2017                   LAW OFFICE OF BALAM O. LETONA, INC.

                                        By:   */s/ Balam O. Letona*
                                                   Balam O. Letona
                                                   Attorney for Plaintiff
                                                 CYNTHIA TODD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: <u>March 27, 2017</u>

                                        **Hon. Haywood S. Gilliam, Jr.**
                                        **United States District Judge**

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE AND REBUTTAL EXPERTS**