**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA TODD,<br><br>      Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.,<br><br>      Defendants. | Case No.: 4:16-cv-03357-HSG<br><br>[Assigned to the Honorable Haywood S. Gilliam, Jr.]<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL |

THIS MATTER, having come before the Court on Equifax's Unopposed Motion for Extension of Time to File Stipulation of Dismissal and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. The parties shall have until July 6, 2017 within which to file the Stipulation of Dismissal.

DATED: __6/22/2017__

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr.